## Commonwealth v. Stewart (No. 3).

Argued Feb. 15, 1909. Appeal, No. 36, Oct. T., 1909, by Thomas Evans, from order of C. P. No. 2, Allegheny Co., July T., 1908, No. 179, discharging rule to open judgment in case of Commonwealth v. William Stewart et al. Before BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

PER CURIAM, March, 16, 1909:

For the reasons given in the opinion, ante, p. 103, the order of the court below discharging the rule to open judgment is affirmed.